**Motion Granted; Affirmed and Memorandum Opinion filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00183-CV

---

**THERESA SPARKS, Appellant**

**V.**

**DOW CORNING CORPORATION, CHILI ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, PRESTON J. CHANDLER MD, JAMES PETERSON MD, BAXTER HEALTHCARE CORPORATION, GENERAL ELECTRIC COMPANY, AND DOW CHEMICAL COMPANY, Appellees**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 1992-25394 EI**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 27, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and Busby.